UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITCHELL TAEBEL,<br><br>       Plaintiff,<br><br>  -against-<br><br>MICHAEL BLOOMBERG,<br><br>       Defendant. | 24cv6019 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the October 16, 2024, order, this action is dismissed. By order dated August 12, 2024, the Court directed Plaintiff, within 30 days, to submit a completed request to proceed in forma pauperis ("IFP" or "IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an IFP application or paid the fees. Accordingly, the Court has dismissed this action without prejudice. See 28 U.S.C. §§ 1914, 1915. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated: October 18, 2024
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge